UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                     Case No.  07-cr-156-01-SM

Gideon Kweku Ansong

## O R D E R

Defendant Ansong's motion to continue the final pretrial conference and trial is granted  (document 10).   Trial has been rescheduled for the December 2007 trial period.   Defendant Ansong shall file a waiver of speedy trial rights not later than September 10, 2007.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  November  26, 2007 at 2:30 p.m.

**Jury Selection**: December 4,  2007 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

August 27, 2007

cc: Jonathan Saxe, Esq.
    Alfred Rubega, AUSA
    US Probation
    US Marshal